# United States Court of Appeals for the Fifth Circuit

FILED
OCT 24 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

No. 23-50514

United States Court of Appeals
Fifth Circuit
**FILED**
October 24, 2023
Lyle W. Cayce
Clerk

TERRANCE FLETCHER,

*Petitioner—Appellant,*

versus

BOBBY LUMPKIN, *Director, Texas Department of Criminal Justice, Correctional Institutions Division,*

*Respondent—Appellee.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:23-CV-211-XR

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of October 24, 2023, for want of prosecution. The appellant failed to timely comply with Certificate of Appealability requirements.

No. 23-50514

                LYLE W. CAYCE
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

By: _____
      Roeshawn Johnson, Deputy Clerk

**ENTERED AT THE DIRECTION OF THE COURT**